Kimberley A. Bradley
3344 N. Estates Street
Flagstaff, AZ 86001
602-321-0660
kimberleyabradley@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Kimberley A. BRADLEY,** | Case No.: CV-18-2890-PHX-GMS |
| Plaintiff Pro Se, | |
| v. | |
| **BRIAN D. KARTH, DISTRICT COURT EXECUTIVE / CLERK OF COURT IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF ARIZONA, BETSY TAIT, COURT ADMINISTRATOR IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF ARIZONA, AND; UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION, in their individual and official capacities,** | **CIVIL COMPLAINT AND PETITION FOR WRIT OF MANDAMUS** |
| Defendants. | |

## INTRODUCTION

COMES NOW Kimberley A. BRADLEY ("Bradley", "Ms. Bradley"), Plaintiff Pro Se, to show that the above-named Defendants have violated constitutional rights and federal laws by failing to carry out official duties in the administration of justice, and; that the rights of other similarly situated citizens must be protected and the Grand Jury preserved as a constitutional means for citizens seeking redress through the courts when

presented with evidence and/or personal knowledge of government corruption. This suit further seeks to achieve the following:

1.     To preserve the institution of the Grand Jury as effectively a fourth branch of government belonging to the people as a means of holding government officials accountable.

2.     To enforce "separation of powers", a concept deeply embodied within the United States Constitution providing for a system of government framed upon shared power.

3.     To protect the following constitutional rights:

    a)   the right to petition government for redress,

    b)   the right to access the courts for the administration of justice, and;

    c)   the right to "due process" of the law.

4.     To obtain injunctive relief compelling Defendants to refrain from applying personal discernment in the denial of due process of law and access to the Courts.

5.     To obtain declaratory judgment affirming the following truths:

    a)   an individual has the right to submit applications to the Grand Jury Foreman and Jury Administrator within the United States District Courts in situations concerning the interest of the public good,

    b)   the constitutional purposes of the Grand Jury, including its authority to act independently from either prosecuting attorney or Judge, is to conduct investigations upon knowledge of criminal activity.

///

6.     To obtain a Writ of Mandamus at the discretion of this Honorable Court compelling Defendants to perform duties imposed upon them in their official capacities and/or APA remedy compelling performance of nondiscretionary ministerial acts excluded by judicial immunity.

## JURISDICTION AND VENUE

1.     This civil action and *Bivens claim* (brought against federal employees in their individual capacities) arises from violations to federal common law ("case law") and deprivation of constitutional rights protected by the First, Fifth, and Fourteenth Amendments to the United States Constitution as enforceable through 42 U.S.C. § 1983.

2.     Plaintiff also brings this action pursuant to the Administrative Procedures Act ("APA"), 5 U.S.C. §§ 555, 701, 702, 704 and 706(I), making it unlawful for federal employees to violate "separation of powers" by willfully refusing to carry out acts imposed upon them in their official capacities. The APA provides additional basis for this suit.

3.     Plaintiff is seeking injunctive relief, declaratory judgment, APA relief, and Mandamus remedy as authorized under 28 U.S.C. §§ 2201 and 2202 and by Rules 57 and 65 of the Federal Rules of Civil Procedure.

4.     Plaintiff is requesting the Court's consideration to consolidate related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. See *Kimberley A. Bradley vs. The Arizona Department of Economic Security, on appeal to the Ninth Circuit Court of Appeals, Case No. 18-6511 and District Case No: CV-16-00349-PHX-DJH.*

5.      Jurisdiction is conferred upon this Court under 28 U.S.C. § 1361 (the Mandamus Act) and 28 U.S.C. § 1331 (the federal question statute). Jurisdiction is also conferred under the APA.

6.      Venue lies in the District of Arizona pursuant to 28 U.S.C. § 1391 (this case involves federal employees).

7.      All events constituting Plaintiff's claims occurred at the following government locations: 1720 W. Madison Street, Phoenix, AZ 85007, 1717 W. Jefferson Street, Phoenix, AZ 85007, 1789 W. Jefferson Street, Phoenix, AZ 85007, and 21711 N. 7th Street, Phoenix, AZ 85024.

## PARTIES

1.      Kimberley A. BRADLEY ("Bradley"), is the Plaintiff Pro Se in this action, suing on her own behalf and representing herself and other similarly situated United States citizens in this suit.

2.      Defendant Brian D. KARTH ("Karth") is a federal officer and employee of the United States District Court for the District of Arizona. Karth's official job title is District Court Executive / Clerk of Court.

3.      Defendant Betsy TAIT ("Tait") is a federal employee of the United States District Court for the District of Arizona. Tait's official job title is Court Administrator.

4.      Defendants Unknown Agents of the Federal Bureau of Investigation ("FBI") are federal employees for the local office of the FBI in Phoenix, Arizona.

///

///

4

## FACTS

1.      Plaintiff Bradley worked within the Department of Technology Services at the Arizona Department of Economic Security ("ADES") from May 11, 2015 until August 27, 2015.

2.      During the time that Bradley worked at ADES she witnessed suspicious activities and practices consisting of the following: a) ADES employees and contractors working in the basement of the walk-in public services location at 1717 W. Jefferson Street, b) multiple re-assignments and rotations of executive level positions between a small number of white males internal and external to the organization, c) severe dilapidation of government buildings causing sewage spills necessitating evacuation on several occasions, d) visits from auditors who were prevented from speaking to employees and contractors placed at the data center on 1720 W. Madison Street, e) segregation of departments, employees, and contractors to the extent that each were completely isolated from the others, d) frequent leadership meetings held at undisclosed locations without disclosure of objectives, decisions made, or attendees present, e) complete disregard for documentation, processes, standards, and communication.

3.      Bradley asserts that ADES made it appear that the walk-in services location at 1717 W. Jefferson was open to the public, where staff were made to work in the basement to avoid being noticed by individuals seeking socioeconomic support services.

4.      Bradley holds proof of her claims which include photographs taken of the front of 1717 W. Jefferson where a sign was hung on the door asking public visitors to proceed to the West office for assistance – despite there being no address or telephone

5

number on the notice.

     5.     Bradley was followed when she investigated the public services building, adjacent to the data center where she worked, although her security badge permitted access.

     6.     Bradley was aggressively shadowed, monitored, and followed during her entire tenure at ADES to prevent her from speaking to anyone brought in to assist with the migration of data from 1717 W. Jefferson Street to an undisclosed location in Chandler, AZ.

     7.     Bradley was told, along with her colleagues, not to answer any questions or engage in conversations with auditors at any time. Instead they were instructed to route questions to Robert Mayer ("Mayer"), Lead Project Manager of the estimated 9 to 12-million-dollar data migration project, who assumed the role sometime in August of 2015.

     8.     Bradley was given personal knowledge of mismanagement of that same 9-million-dollar data migration project, which was silently completed sometime in 2016 according to ADES. Ms. Bradley has strong reason to believe the data migration was never completed.

     9.     Bradley submitted a complaint to the American Civil Liberties Union ("ACLU") on August 6, 2015, following Governor Doug Ducey's announcement of his intentions to make cutbacks to Medicaid negatively impacting nearly 425,000 citizens. Bradley submitted additional complaints of civil rights violations to the ACLU of Phoenix, all of which were returned to her unopened.

///

10.     Bradley was accosted by an unknown stranger while sitting in the courtyard at 1789 W. Jefferson Ave. on August 6, 2015 (the day she submitted her first complaint to the ACLU). The stranger asked if he may join her, stating that he had come from the Governor's office and was sent "by the Father" to speak to her. He pressed Bradley for a one-to-one meeting at his office on the premise of helping her understand ADES better, going so far as to email her that afternoon.

11.     Bradley presented to the FBI office on the morning of August 7, 2015, in fear of her personal safety and requesting investigation into the suspicious occurrences she witnessed at ADES.

12.     Bradley was questioned by a female FBI agent for over an hour in a privately monitored area regarding her concerns until she was told to leave because the FBI were unable to assist, based on a private conversation the agent held with an unnamed colleague.

13.     Bradley was escorted from the FBI building by the same female agent who threatened to "call her brother" after Ms. Bradley asked her why she was afraid and unwilling to help.

14.     Bradley subsequently wrote to the U.S. Department of Health and Human Services and to the U.S. DoJ office to report her suspicions of criminal activity within ADES (refer to attached exhibits).

15.     Having exhausted all other remedies, Bradley wrote to the Grand Jury Foreman and the Grand Jury Administrator in two separate but identical letters, each addressed accordingly; and each mailed via registered mail to the U.S. District Court. The

letters contained Ms. Bradley's personal knowledge of federal crimes committed at ADES, along with the names of several witnesses able to testify to the claims. The letters also referenced her case against ADES pending before the District Court. Both letters were illegally intercepted by the Clerk of Court's office and returned (opened and read) to Bradley with a letter stating she was "not allowed to write to the Grand Jury". The letter, signed by Defendant Betsy Tait, suggested that Bradley report her charges to either ADES, perpetrator of the acts, or to the U.S. Department of Health and Human Services.

## **EXHAUSTION OF REMEDIES**

1.       Under *Iddir v. INS,* 301 F. 3d 492 - Court of Appeals, 7th Circuit 2002, exhaustion of all available remedies may be excused in the petition for mandamus remedy if the following are established: 1) the plaintiff has a clear right to the relief sought; (2) the defendant has a duty to do the act in question; and (3) no other adequate remedy is available.

2.       In *Darby v. Cisneros*, 509 US 137 - Supreme Court 1993, the Supreme Court held that federal courts do not have the authority to require a plaintiff to exhaust administrative remedies before seeking judicial review under the APA, where neither the relevant statute nor agency rules specifically mandate exhaustion as a prerequisite to judicial review.

3.       However, Plaintiff asserts she has exhausted all other remedies, including those remedies suggested by the Defendants in their refusal to grant access to the Court.

///

///

## **LEGAL STANDARDS**

1.      In *State Text-Book Commission v. Weathers,* 184 Ky. 748 – 1919, the Court upheld the right of a private individual to sue out a writ of mandamus where the question is one of a general and public interest.

2.      *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 US 388 - Supreme Court 1971, was a case in which the Supreme court ruled that you may sue federal officials for the violation of certain constitutional rights. To prove a Bivens claim, a plaintiff must be able to show that they were deprived a constitutional right at the hands of a federal official, that there is no other legal remedy available to them, and that no special factors or immunity defenses can be raised to defeat the claim.

3.      *28 U.S.C. § 1361*, also known as the *Mandamus Act*, extends to 'officers,' 'employees,' and 'agencies' of the United States compelling them to act on an administrative matter that is not discretionary; where they have a legal duty to do so and have not. To acquire Mandamus remedy, the Plaintiff must show: a) he/she has a clear right to the relief requested, b) the specific Defendant owes him/her a duty and c) no other adequate remedy is available.

4.      *Administrative Procedure Act (APA),* Pub.L. 79–404, 60 Stat. 237, enacted June 11, 1946, is the United States federal statute that governs the way in which administrative agencies of the federal government may propose and establish regulations. It provides a basis for suit where the government has unreasonably delayed action or fails to act. The APA prevents federal agencies from extending their authority into the functions of another branch of government (judicial, legislative, or executive) and grants

9

judiciary oversight to prevent unchecked authority in government, violating the separation of powers. The APA states that courts shall "compel agency action unlawfully withheld or unreasonably delayed."

5. *Federal Rules of Criminal Procedure, Rule 6: The Grand Jury,* states "when the public interest so requires, the court must order that one or more grand juries be summoned". Rule 6 further states that any official who receives information under Rule 6(e)(3)(D) may use the information only as necessary in the conduct of that person's official duties subject to any limitations on the unauthorized disclosure of such information. Any state, state subdivision, Indian tribal, or foreign government official who receives information under Rule 6(e)(3)(D) may use the information only in a manner consistent with any guidelines issued by the Attorney General and the Director of National Intelligence. The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding.

6. In *Simmat v. US Bureau of Prisons*, 413 F. 3d 1225 - Court of Appeals, 10th Circuit 2005, the Court ruled that the "application of the mandamus remedy to require a public official to perform a duty imposed upon him in his official capacity is not limited by sovereign immunity."

7. *The First Amendment to the United States Constitution* protects the freedom to petition the government for a redress of grievances; including the right to present requests to the government without punishment or reprisal.

///

8.      *The Fifth Amendment to the United States Constitution* protects the "liberties" to "Due Process of law" and deprivation by government. To prevail in a case of constitutional violations of "Due Process" (Due process violations), a plaintiff must show an abuse of power.

9.      *The Fourteenth Amendment to the United States Constitution* protects citizens' rights and equal protection of the law.

10.     *42 U.S.C. § 1983* allows claims alleging "the deprivation of any rights, privileges, or immunities secured by the constitution and federal laws". Section 1983 imposes liability for a Defendant's own actions – personal participation in the specific constitutional violation complained of is essential.

## REQUEST FOR RELIEF

1.      Plaintiff seeks remedy for obstructions of justice and government overreach in this situation, where it is obligated to perform non-discretionary acts pertaining to questions of "publici juris" (for the benefit of the public good).

2.      Plaintiff seeks remedy upholding federal statutes 18 U.S.C. §§ 2071 and 2076; making it unlawful to willfully conceal, withhold, refuse or neglect to forward any document, paper, record, statement, or other thing… "filed or deposited with any clerk or officer of any court of the United States".

3.      Plaintiff seeks remedy for the exercising of personal discernment by federal employees to withhold, conceal, or otherwise refuse documentation of criminal evidence related to a civil action pending before the Court, and without the knowledge of the

intended recipients (in this case the Grand Jury Foreman and a U.S. District Court Justice).

      4.     Plaintiff seeks remedy protecting the integrity of the American judicial system with respect to the Grand Jury and safeguarding citizens' right to access the United States Courts in cases involving government corruption and abuses of power.

DATED this 13th day of September, 2017.

RESPECTFULLY SUBMITTED,

Kimberley A. BRADLEY, Plaintiff Pro Se

1

## **ATTACHED EXHIBIT LIST**

2

**Exhibit 1:**   Department of Health and Human Services' Civil Rights Discrimination

3              Complaint Form

4   **Exhibit 2:**   Response Letter from the U.S. Department of Justice

5   **Exhibit 3:**   Letter from the U.S. District Court, Clerk of Court's office

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





DEPARTMENT OF HEALTH AND HUMAN SERVICES
OFFICE FOR CIVIL RIGHTS (OCR)

## CIVIL RIGHTS DISCRIMINATION COMPLAINT

Form Approved; OMB No. 0990-0269.
See OMB Statement on Reverse.

YOUR FIRST NAME *Kimberley*

YOUR LAST NAME *Bradley*

HOME PHONE (Please include area code) *602-321-0660*

WORK PHONE (Please include area code)

STREET ADDRESS *11618 S 18th Drive*

CITY *Phoenix*

STATE *AZ*

ZIP *85045*

E-MAIL ADDRESS (If available) *Kimberleyabradley@gmail.com*

Are you filing this complaint for someone else?  ☐ Yes  ☒ No
If Yes, whose civil rights do you believe were violated?

FIRST NAME

LAST NAME

I believe that I have been (or someone else has been) discriminated against on the basis of:

☐ Race / Color / National Origin      ☐ Age            ☐ Religion          ☒ Sex
☐ Disability                          ☒ Other (specify): *Retaliation, Discriminatory firing*

Who or what agency or organization do you believe discriminated against you (or someone else)?
PERSON/AGENCY/ORGANIZATION *Arizona State Department of Economic Security*

STREET ADDRESS *unknown*

CITY *Phoenix*

STATE *AZ*

ZIP *85007*

PHONE (Please include area code) *unknown*

When do you believe that the civil right discrimination occurred?
LIST DATE(S)   *August 27, 2015.*

Describe briefly what happened. How and why do you believe that you have been (or someone else has been) discriminated against? Please be as specific as possible.  (Attach additional pages as needed)

*Please refer to attached.*

Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.

SIGNATURE *K.K. Bradley*

DATE (mm/dd/yyyy) *12/07/2015*

Filing a complaint with OCR is voluntary. However, without the information requested above, OCR may be unable to proceed with your complaint. We collect this information under authority of Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973 and other civil rights statutes. We will use the information you provide to determine if we have jurisdiction and, if so, how we will process your complaint. Information submitted on this form is treated confidentially and is protected under the provisions of the Privacy Act of 1974. Names or other identifying information about individuals are disclosed when it is necessary for investigation of possible discrimination, for internal systems operations, or for routine uses, which include disclosure of information outside the Department of Health and Human Services (HHS) for purposes associated with civil rights compliance and as permitted by law. It is illegal for a recipient of Federal financial assistance from HHS to intimidate, threaten, coerce, or discriminate or retaliate against you for filing this complaint or for taking any other action to enforce your rights under Federal civil rights laws. You are not required to use this form. You also may write a letter or submit a complaint electronically with the same information. To submit an electronic complaint, go to OCR's web site at: www.hhs.gov/ocr/civilrights/complaints/index.html. To submit a complaint using alternative methods, see reverse page (page 2 of the complaint form).

HHS-699 (7/09)  (FRONT)

PSC Graphics (301) 443-1090   EF

**The remaining information on this form is optional. Failure to answer these voluntary questions will not affect OCR's decision to process your complaint.**

**Do you need special accommodations for us to communicate with you about this complaint? (Check all that apply)**
☐ Braille   ☐ Large Print   ☐ Cassette tape   ☐ Computer diskette   ☐ Electronic mail   ☐ TDD
☐ Sign language interpreter (specify language):
☐ Foreign language interpreter (specify language):   ☐ Other:

**If we cannot reach you directly, is there someone we can contact to help us reach you?**

FIRST NAME | LAST NAME

HOME PHONE (Please include area code) | WORK PHONE (Please include area code)

STREET ADDRESS | CITY

STATE | ZIP | E-MAIL ADDRESS (if available)

**Have you filed your complaint anywhere else? If so, please provide the following. (Attach additional pages as needed)**
PERSON/AGENCY/ORGANIZATION/ COURT NAME(S)   *Please see attached.*

DATE(S) FILED | CASE NUMBER(S) (if known)

**To help us better serve the public, please provide the following information for the person you believe was discriminated against (you or the person on whose behalf you are filing).**

ETHNICITY (select one)   RACE (select one or more)
☐ Hispanic or Latino   ☐ American Indian or Alaska Native   ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander
☒ Not Hispanic or Latino   ☐ Black or African American   ☒ White   ☐ Other (specify):

PRIMARY LANGUAGE SPOKEN (if other then English)

**How did you learn about the Office for Civil Rights?**
☒ HHS Website/Internet Search   ☐ Family/Friend/Associate   ☐ Religious/Community Org   ☐ Lawyer/Legal Org   ☐ Phone Directory   ☐ Employer
☐ Fed/State/Local Gov   ☐ Healthcare Provider/Health Plan   ☐ Conference/OCR Brochure   ☐ Other (specify):

**To submit a complaint, please type or print, sign, and return completed complaint form package (including consent form) to the OCR Headquarters address below.**

## U.S. Department of Health and Human Services
### Office for Civil Rights
Centralized Case Management Operations
200 Independence Ave., S.W.
Suite 515F, HHH Building
Washington, D.C. 20201
Customer Response Center: (800) 368-1019
Fax: (202) 619-3818
TDD: (800) 537-7697
Email: ocrmail@hhs.gov

**Burden Statement**
Public reporting burden for the collection of information on this complaint form is estimated to average 45 minutes per response, including the time for reviewing instructions, gathering the data needed and entering and reviewing the information on the completed complaint form. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: HHS/OS Reports Clearance Officer, Office of Information Resources Management, 200 Independence Ave. S.W., Room 531H, Washington, D.C. 20201. Please do not mail complaint form to this address.
HHS-699 (7/09) (BACK)

 

# COMPLAINANT CONSENT FORM

The Department of Health and Human Services' (HHS) Office for Civil Rights (OCR) has the authority to collect and receive material and information about you, including personnel and medical records, which are relevant to its investigation of your complaint.

To investigate your complaint, OCR may need to reveal your identity or identifying information about you to persons at the entity or agency under investigation or to other persons, agencies, or entities.

The Privacy Act of 1974 protects certain federal records that contain personally identifiable information about you and, with your consent, allows OCR to use your name or other personal information, if necessary, to investigate your complaint.

Consent is voluntary, and it is not always needed in order to investigate your complaint; however, failure to give consent is likely to impede the investigation of your complaint and may result in the closure of your case.

Additionally, OCR may disclose information, including medical records and other personal information, which it has gathered during the course of its investigation in order to comply with a request under the Freedom of Information Act (FOIA) and may refer your complaint to another appropriate agency.

Under FOIA, OCR may be required to release information regarding the investigation of your complaint; however, we will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

Please read and review the documents entitled, *Notice to Complainants and Other Individuals Asked to Supply Information to the Office for Civil Rights* and *Protecting Personal Information in Complaint Investigations* for further information regarding how OCR may obtain, use, and disclose your information while investigating your complaint.

**In order to expedite the investigation of your complaint if it is accepted by OCR, please read, sign, and return one copy of this consent form to OCR with your complaint. Please make one copy for your records.**

- As a complainant, I understand that in the course of the investigation of my complaint it may become necessary for OCR to reveal my identity or identifying information about me to persons at the entity or agency under investigation or to other persons, agencies, or entities.





- I am also aware of the obligations of OCR to honor requests under the Freedom of Information Act (FOIA). I understand that it may be necessary for OCR to disclose information, including personally identifying information, which it has gathered as part of its investigation of my complaint.

- In addition, I understand that as a complainant I am covered by the Department of Health and Human Services' (HHS) regulations which protect any individual from being intimidated, threatened, coerced, retaliated against, or discriminated against because he/she has made a complaint, testified, assisted, or participated in any manner in any mediation, investigation, hearing, proceeding, or other part of HHS' investigation, conciliation, or enforcement process.

**After reading the above information, please check ONLY ONE of the following boxes:**

☒ **CONSENT:** I have read, understand, and agree to the above and give permission to OCR to reveal my identity or identifying information about me in my case file to persons at the entity or agency under investigation or to other relevant persons, agencies, or entities during any part of HHS' investigation, conciliation, or enforcement process.

☐ **CONSENT DENIED:** I have read and I understand the above and do not give permission to OCR to reveal my identity or identifying information about me. I understand that this denial of consent is likely to impede the investigation of my complaint and may result in closure of the investigation.

Signature: _K. M. Bradley_ Date: _12/07/2015_

*Please sign and date this complaint. You do not need to sign if submitting this form by email because submission by email represents your signature.*

Name (Please print): _Kimberley A. Bradley_

Address: _16618 S 18th Drive Phoenix AZ 85045_

Telephone Number: _602-321-0060_



**U.S. Department of Justice**

Civil Rights Division

_____

Federal Coordination and Compliance Section-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

Doc #532282

DEC 0 1 2015

Ms. Kimberly Bradley
16601 S. 15th Street
Phoenix, AZ 85048

Dear Ms. Bradley:

We have received your letter, which indicates that you have filed a complaint with the U.S. Equal Employment Opportunity Commission (EEOC). Because you have filed your complaint with the appropriate federal agency, this office will take no further action regarding your letter. If you have any questions, please contact the Headquarters of the U.S Equal Employment Opportunity Commission at (202) 663-4001.

Sincerely,

Deeana Jang
Chief
Federal Coordination and Compliance Section
Civil Rights Division

US DoJ - Civil Rights Division
202 - 514 - 4609

KA B
3344 N. Estates St,
Flagstaff, AZ 86001

7016 3010 0000 3170 4098

Honorable Steven P. Logan
United States District Court
Federal Courthouse
Suite 521
401 W. Washington St.
SPC 82
Phoenix, AZ 85003







U.S. POSTAGE PAID
FLAGSTAFF, AZ
86004
FEB 13, 18
AMOUNT
$3.08
R2304H10981G-09

1013

85003

Ka T
3344 N. Estates St.
Flagstaff, AZ 86001

Grand Jury Foreman
C/o the Jury Administrator
United States District Court
Federal Courthouse
401 W. Washington St.
Phoenix, AZ 85003

7016 3010 0000 3170 4304

U.S. POSTAGE
PAID
FLAGSTAFF, AZ
FEB 13, 18
AMOUNT
$3.08
85003
R2304H109815-09